```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - -x
In re:                               :
DONYA ANN POWERS                     :    BK No. 08-10074
        Debtor                            Chapter 7

PARKWAY PROPERTIES                   :
        Plaintiff
v.                                   :    A.P. No. 08-1011

DONYA ANN POWERS                     :
        Defendant
- - - - - - - - - - - - - - - - - - -x
```

**ORDER**

Heard on April 2, 2009, on Plaintiff'S Motion to Adjudge Defendant in Contempt. After hearing, the Court is satisfied that the Defendant has failed to comply with the terms of a Consent Judgment entered by this Court on January 6, 2009. (Doc. Nos. 44 and 45). Counsel for the Debtor/Defendant has been unable to contact his client, and she was not present at the hearing. Based upon the circumstances, as represented to the Court, the Plaintiff is free to pursue its state law remedies against Powers.

Dated at Providence, Rhode Island, this    6th    day of April, 2009.

/s/ Arthur N. Votolato

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 4/6/09